HEATHER E. WILLIAMS, #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar #5118427
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOE ESPARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00331-DAD |
| *Plaintiff,* | ORDER OF RELEASE FOR JOE ESPARZA |
| vs. | |
| JOE ESPARZA, | |
| *Defendant.* | |

Pursuant to the parties' Stipulation on the record on October 7, 2020,

IT IS HEREBY ORDERED that defendant JOE ESPARZA (Fresno County Sheriff's JID 1611429 / Booking No 2023622) shall be released from the Fresno County Jail on Thursday, October 8, 2020.  Mr. Esparza shall remain subject to all terms and conditions of his supervised release previously ordered in this case. Specifically, Mr. Esparza must comply with the following general conditions of supervision:

(1) the defendant shall not leave the judicial district without permission of the court or probation officer;

(2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

(3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(4) the defendant shall support his or her dependents and meet other family responsibilities;

(5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

(6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

(7) the defendant shall refrain from any use of alcohol;

(8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

(9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

(10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer;

(11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

(12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

(13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Mr. Esparza must also comply with the following special conditions of supervision:

(1) Submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition;

(2) As directed by the probation officer, the defendant shall, if he has not already since June 03, 2016, participate in an outpatient correctional treatment program to obtain assistance for drug or alcohol abuse;

(3) As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.);

(4) The defendant shall not possess or have access to any cellular phone without the advance permission of the probation officer. The defendant shall provide all billing records for such devices, whether used for business or personal, to the probation officer upon request;

(5) The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale;

(6) As directed by the probation officer, the defendant shall participate in co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month;

(7) As directed by the probation officer, the defendant shall complete up to 20 hours of community service per week until employed for at least 30 hours per week or participating in a previously approved educational or vocational program;

(8) The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer; and

(9) The defendant shall not associate with any known gang member of the Bulldog street gang or any other known member of a criminal street gang, as directed by the probation officer.

IT IS SO ORDERED.

Dated: __**October 8, 2020**__   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE