PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOE MANUEL ESPARZA.<br><br>Defendant. | CASE NO. 1:15-CR-00331-001<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: September 20, 2021<br>TIME: 2:00 P.M.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on September 20, 2021.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to September 23, 2021, at 2:00 PM, to allow time for settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

///

1

| | |
|---|---|
| Dated:  September 17, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| | |
| Dated:  September 17, 2021 | /s/ CHRISTINA CORCORAN<br>CHRISTINA CORCORAN<br>Counsel for Defendant<br>JOE MANUEL ESPARZA |

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until September 23, 2021, at 2:00 PM.

IT IS SO ORDERED.

DATED: 9/17/2021

*/s/ Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE